# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOANNA THOMPSON, | ) Case No. 1:20-cv-00129-AWI-JLT |
| Plaintiff, | ) [~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR SUBSTITUTION OF ATTORNEY** |
| v. | ) |
| ETHICON, INC., ET AL. | ) |
| Defendants. | ) |

The Court hereby orders that the application of Tucker Ellis LLP to substitute in as counsel for Defendants Ethicon, Inc., and Johnson & Johnson in place of attorneys from Butler Snow, and Thomas Combs & Spann, **IS HEREBY GRANTED**.

The following attorneys from Tucker Ellis LLP shall be counsel of record for Defendants Ethicon, Inc., and Johnson & Johnson:

- Mollie F. Benedict, State Bar No. 187084;
- Joshua J. Wes, State Bar No. 238541; and
- Aggie B. Lee, State Bar No. 228332.

And the following attorneys will be withdrawn as counsel:

- Christy D. Jones of Butler Snow
- William M. Gage of Butler Snow
- David B. Thomas of Thomas Combs & Spann
- Susan M. Robinson of Thomas Combs & Spann

**IT IS SO ORDERED.**

DATED:  February  27 , 2020

                                          *Jennifer L. Thurston*
                                          Jennifer L. Thurston
                                          U.S. Magistrate Judge

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR SUBSTITUTION OF ATTORNEY