# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00129-AWI-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 52) |

　　　　The parties report that they have settled the matter in principle as a result of a global settlement involving several hundred plaintiffs. (Doc. 52) They seek a stay of the action to determine whether the settlement will come to fruition. Thus, the Court **ORDERS**:

　　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than April 30, 2021**;

　　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**November 9, 2020**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE