UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOANNA THOMPSON,**<br><br>    **Plaintiff**<br><br>    **v.**<br><br>**ETHICON, INC. and JOHNSON & JOHNSON,**<br><br>    **Defendants** | **CASE NO. 1:20-CV-0129 AWI JLT**<br><br>**ORDER ON PENDING MOTIONS**<br><br>(Doc. Nos. 19, 21) |

   This is a products liability suit that was received as part of the Multi-District Litigation Case No. 2327.  Currently pending before the Court are two motions:  (1) a motion for partial summary judgment by Defendants (Doc. No. 19); and (2) a motion to exclude opinions of Dr. Geoffrey Towers by Defendants (Doc. No. 21).  However, on November 9, 2020, the parties filed a tentative notice of settlement.  See Doc. No. 52.  The Magistrate Judge then vacated all hearings, conferences, and deadlines and ordered the parties to file dispositive documents by April 30, 2021.  See Doc. No. 53.

   Given the current state of this case, for administrative purposes, the Court will deny the two pending motions.  The denial will be without prejudice to refiling should the settlement process irreparably breakdown.  The administrative denial of these motions in no way reflects on or impacts the substantive merits of these motions.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for partial summary judgment (Doc. No. 19) and Defendants' motion to exclude opinions (Doc. No. 21) are DENIED without prejudice.

IT IS SO ORDERED.

Dated:   November 10, 2020                                    _____
                                                              SENIOR  DISTRICT  JUDGE