# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00129-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS<br>(Doc. 57) |

The parties seek an additional 90 days to complete the settlement. (Doc. 57) Due to the complexity of the action, the stipulation is GRANTED. The stipulation to dismiss the action SHALL be filed **no later than July 29, 2021**.

IT IS SO ORDERED.

　　Dated: __**May 3, 2021**__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE